THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Rosemond Jovan Graves, Appellant.
 
 
 

Appeal From Spartanburg County
 J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2008-UP-465
Submitted August 1, 2008  Filed August 8, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia, and Solicitor Harold W. Gowdy, III, of Spartanburg,
 for Respondent.
 
 
 

PER
 CURIAM:  Rosemond Graves appeals his conviction for attempted armed robbery,
 arguing the trial court erred in failing to grant his motion for a directed
 verdict.  Graves maintains evidence presented at trial showed he was merely present
 at the scene of the crime.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Gravess appeal and grant counsels motion to be relieved. 
 APPEAL
DISMISSED.
KONDUROS,
J., CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.